UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ELISEO MARTINEZ,

    Petitioner,

vs.                                    Case No.

WARDEN STEAL,                          5:22-cv-365-TPB-PRL

    Respondent.

_____ /

---

28 U.S.C. § 2241 HABEAS CORPUS PETITION CHALLENGING
THE FEDERAL BUREAU OF PRISONS REFUSAL TO AWARD ALL EARNED
FIRST STEP ACT CREDITS FOR EARLY RELEASE FROM
FEDERAL CORRECTIONAL COMPLEX - LOW

---

**PLEASE TAKE NOTICE** that Petitioner Eliseo Martinez (hereinafter "Martinez"), pro se, respectfully requests this Honorable Court to apply 245 days of Earned First Step Act (hereinafter "FSA") Credits to his sentence to immediately release him from custody, per Congresses authority instructed in FSA. As grounds therefore, Martinez states as follows:

### I. Exhaustion Of Administrative Remedies

The Eleventh Circuit suggested exhaustion may be excused where "requiring resort to the administrative remedy may occasion undue prejudice to subsequent assertion of a court action." **Shorter v. Warden**, 803 F.App'x. 332, 336 (11th Cir. 2020). Because Martinez is scheduled for release on September 20, 2023, and with the 245 FSA credits applied to his sentence, Martinez release date would be January 2023. Ruffly four (4) months from now, which would cause Martinez to serve more prison time than Congress had authorized pursuant to the First Step Act of 2018.

Also, in <u>Turner</u>, the Eleventh Circuit concluded, for example, that a prison official's serious threat of substantial retaliation against an inmate for pursuing a grievance in good faith render the inmate's administrative remedy unavailable. <u>Id</u> at 1085. The Eleventh Circuit has recognized that other courts have also concluded that administrative remedies are unavailable when prison officials do not respond to an inmates grievance or prevent the filing of grievances. **Bryant v. Rich,** 530 F.3d. 1368, 1373 n.6 (11th Cir. 2008). Here, Martinez has attempted informal resolution on several occasions with his Unit Team and Administration. Who have informed him that "the BOP is not going to correct [his] issue pursuant to the FSA, because then the BOP would have to correct the issue for all 120,000 federal inmates, and they're not going to do that."

Martinez has attempted to obtain an administrative remedy to start the process based on the BOP's response above. But has refused administrative remedy forms because Unit Team and Administration stated it's not an appealable issue. And even threatened that if Martinez continued to attempt the administrative remedy process on this issue, they would forefit 120 days of FSA Credits that have already been issued and deducted from his sentence pursuant to the First Step Act (2018), thus causing his release date to change, and do more time.

Therefore, the Court should conclude that Martinez should be excused from exhaustion.

## II. Introduction

Martinez is a federal prisoner being housed at the Coleman Correctional Complex - LOW.

For the past four (4) months Mendez has repeatedly been trying to resolve the issue to receive 245 days of FSA Credits that he has earned by being enroled and completing FSA approved programs, that the BOP refuses to award. **See Exhibit "A".**

Martinez was housed at Coleman Medium and completed FSA programs that were offered by the psycology department.

The BOP Computer System is broken up into at least two (2) separate sections, Sentry for the Unit Team, and Sensitive for the medical and psycology.

Psycology inputs the FSA completed programs in the inmates psycology files that can<u>not</u> be seen by Unit Team. Thus, causing inmates like Martinez, who have earned FSA Credits for completing these psycology FSA programs.

THe problem is that Unit Team and Administration contact psycology, psycology confirms the FSA programs are completed, and that Martinez is entitled to the FSA Credits, but no-one at the institution leval can input the information into the system to allow the BOP program to recognize the psycology enroled and completed credit programs, to credit Martinez's sentence the 245 days reduction pursuant to the FSA (2018).[1]

Martinez requests this Honorable Court to order the BOP to input all FSA programs into the system so that he can receive the 245 days of FSA Credits that he has earned, but not received the FSA Credits for.

### III. Memorandum Of Law

**A.**   A federal prisoner challenging the manner, location, or conditions of his confinement must do so through a petition for writ of habeas corpus under Title 28 U.S.C. § 2241. See <u>Antonelli v. Warden, USP Atlanta</u>, 542 F.3d. 1348, 1351 (11th Cir. 2008)(finding that challenges to execution of sentence are properly brought under § 2241). Under 28 U.S.C. § 2241, "[a] prisoner sentenced by a Federal Court ... may file a petition for a writ of habeas corpus tochallenge the execution of Petitioner's sentence, such as teh deprivation of good-time credits or parole

---

1.   The BOP suspended the institutions ability to enter these programs to receive the FSA Credits. Only Grang Prarie has the authority now.

determinations." **McCarthan v. Dir. of Goodwill Industries, Suncoast, Inc.**, 138 S.Ct. 502, 199 L.Ed.2d. 385 (2017. Accordingly, the claim raised by Petitioner involving the First Step Act of 2018 is cognizable under § 2241.

    B.    **The BOP Owes Martinez 245 FSA Credits That He Earned For Being Enroled And Completed Psycology FSA Programs**

As Martinez explaintd in Section II. Introduction, above, the BOP owes him 245 FSA Credits that he has earned.

The following FSA Programs Martinez completed and has not received the FSA Credits for.

    1.    Skills Mental Health Treatment Program. See Exhibit "B";
    2.    Inside Out DAD Program. See Exhibit "C";
    3.    10-Hour Domestic Violence Training. See Exhibit "D";
    4.    Skills Mental Health Treatment Program. See Exhibit "E";
    5.    Skills Mental Health TreatmentProgram. See Exhibit "F";
    6.    Card Making Class. See Exhibit "G".

    C.    **The BOP Has Been On COVID-19 Lockdown Since 2019 When The President Anounced The Pandemic.**

The Bop Administration informed Martinez and the Inmate Population that due the BOP being on COVID-19 lockdown since 2019, the BOP was giving the inmate population that is eligible to earn FSA Credits, 365 days fo FSA Credits due to not being able to program.

Prior BOP Director Carvajal issued a Memorandum stating this.

Marineez requests this Honorable Court to enforce this Carvajal Memorandum.[2]

    IV.    **Conclusion**

**WHEREFORE** martinez requests that this Honorable Court to Order Warden Steal

---

2.    THe BOP refused toprovide Martinez and the BOP inmate population this Carvajal Memorandum.

to provide Martinez with his Earned 245 FSA Credits, and apply them to deduct 245 days from his sentence pursuant to the First Step Act (2018) as amended.

Respectfully submitted, this _15_ day of _August_, 2022.

By: _____
Eliseo Martinez, Proceeding pro se
Fed. Reg. No. 63169-004
Federal Correctional Complex - LOW
P.O. Box 1031   Unit B-1
Coleman, Florida 33521-1031

## VERIFICATION

I, Eliseo Martinez, certify under the penalty of perjury under the laws of the United states of America, that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746(1). Executed this _15_ day of _August_, 2022.

By: _____
Eliseo Martinez, Proceeding pro se
Fed. Reg. No. 63169-004
Federal Correctional Complex - LOW
P.O. Box 1031   Unit B-1
Coleman, Florida 33521-1031

EXHIBIT "A"

## FSA Recidivism Risk Assessment (PATTERN 01.02.01)

Register Number: 63169-004, Last Name: MARTINEZ

**U.S. DEPARTMENT OF JUSTICE**                                           **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 63169-004 | Risk Level Inmate....: R-LW |
| Inmate Name |   General Level......: R-LW (25) |
|   Last.........: MARTINEZ |   Violent Level......: R-LW (15) |
|   First........: ELISEO | Security Level Inmate: LOW |
|   Middle.......: | Security Level Facl..: MEDIUM |
|   Suffix.......: | Responsible Facility.: COM |
| Gender.........: MALE | Start Incarceration..: 01/15/2020 |

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 50 | 14 | 8 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 7 | 24 | 12 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -4 | -2 |
| Drug Program Status | NoNeed | -9 | -3 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| **Programs Completed** | **0** | 0 | 0 |
| Work Programs | 0 | 0 | 0 |
| | Total | 25 | 15 |

Assessment Date: 01/27/2022                         (1)                         Assessment# R-2147213327

EXHIBIT "B"

### FCC Coleman Medium

# Certificate of Appreciation

is hereby granted to

### Martinez, Eliseo

Reg No. 63169-004

for participating in the

### Skills Treatment Program Comedy Skit

SEPTEMBER 16, 2021
FCC COLEMAN MEDIUM

**SKILLS MENTAL HEALTH TREATMENT PROGRAM**

Dr. P. Benitez, Skills Program Coordinator
J. Delgado, Skills Program Treatment Specialist

EXHIBIT "C"



**National Fatherhood Initiative®**
www.fatherhood.org

*Carlos Alcazar*
Chairman of the Board
NATIONAL FATHERHOOD INITIATIVE®

*Christopher A. Brown*
Executive Vice President
NATIONAL FATHERHOOD INITIATIVE®

# Certificate of Completion

This certifies that

**ELISEO MARTINEZ  63169-004**

has successfully completed the



**Inside Out DAD** Second Edition Program

Conducted on **August 11, 2021 - November 3, 2021**

in **FCI COLEMAN MEDIUM, SKILLS PROGRAM**

*CC* **C. CHERRY** 

Facilitator's Name/Signature

EXHIBIT "D"

# CERTIFICATE OF COMPLETION

Is hereby granted to

**MARTINEZ, ELISEO Reg.# 63169-004**
to certify that he has COMPLETED the

*10-Hour Domestic Violence Training*

Granted on: October 5, 2021

𝔉𝔒𝔒 𝔒𝔬𝔩𝔢𝔪𝔞𝔫 𝔐𝔢𝔡𝔦𝔲𝔪

Dr. Benitez, P. Skills Program Coordinator

Cherry, C. Skills Program Treatment Specialist

Delgado, J. Skills Program Treatment Specialist

EXHIBIT "E"



FCC Coleman Medium

# Certificate of Completion

is hereby granted to

## *Martinez, Eliseo*

Reg No. 63169-004

to certify that he has completed to satisfaction
For completing the

## Jump Start To Re-Entry

NOVEMBER 18, 2021
FCC COLEMAN MEDIUM
**SKILLS MENTAL HEALTH TREATMENT PROGRAM**

Dr. P. Benitez, Skills Mental Health Treatment Program Coordinator
J. Delgado, Skills Program Treatment Specialist

EXHIBIT "F"



# ELISEO MARTINEZ

*Register Number #63169-004*

FOR COMPLETING THE 10 WEEK SWISS BALL
EXERCISE GROUP

November 10, 2021

FCC Coleman Medium

## Skills Mental Health Treatment Program

Dr. P. Benitez, Skills Program Coordinator

C. Cherry, Skills Program Treatment Specialist

Exhibit "G"

Is hereby granted to

**MARTINEZ, ELISEO Reg.# 63169-004**
to certify that he has COMPLETED the

**CARD MAKING ART CLASS**
Granted on: January, 06 2022

𝔉𝔆𝔆 𝔆𝔬𝔩𝔢𝔪𝔞𝔫 𝔐𝔢𝔡𝔦𝔲𝔪

Dr. Benitez, P. Skills Program Coordinator

