UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ELISEO MARTINEZ,

        Petitioner,

v.                                                   Case No: 5:22-cv-365-TPB-PRL

WARDEN, FCC COLEMAN - LOW,

        Respondent.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

        Petitioner, Eliseo Martinez, initiated this action on August 18, 2022, by filing a pro se Petition for Writ of Habeas Corpus (Doc. 1) while incarcerated at the Coleman Federal Correctional Complex. On August 18, 2022, the Court directed Petitioner to keep the Court apprised of his current address. See Order (Doc. 2 at ¶8). The website for the Federal Bureau of Prisons reflects that Petitioner has been released.[1] Therefore, on April 12, 2023, the Court directed Petitioner to show cause why this case should not be dismissed as moot within fourteen days from the date of the order. See Order to Show Cause (Doc. 17) (citing Rule 3.10, Local Rules, United States District Court for the Middle District of Florida). The Court advised Petitioner that failure to timely comply may result in the dismissal of this case without further notice.

---

[1] See Inmate Locator, Federal Bureau of Prisons, available at https://ww.bop.gov/inmateloc/ (last visited May 3, 2023).

In prosecuting this action, Petitioner is responsible for complying with this Court's Orders. As of the date of this Order, he has neither complied with the Court's Orders (Docs. 2 and 17), explained his noncompliance, nor requested additional time to comply. Given that the designated time to respond to the Court's Order (Doc. 17) passed on April 26, 2023, this Court concludes that the dismissal of this case for failure to prosecute is appropriate at this time. See M.D. Fla. R. 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal.").

Accordingly, it is

**ORDERED:**

1.   This case is **DISMISSED without prejudice** for Petitioner's lack of prosecution.

2.   The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Tampa, Florida, this 10th day of May, 2023.

TOM BARBER
United States District Judge

c:
Eliseo Martinez, #63169-004